```
     IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

        MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


DR. SMITA MOHANTY,            )
                              )
     Plaintiff,               )
                              )    CIVIL ACTION NO.
     v.                       )     3:11cv612-MHT
                              )         (WO)
AUBURN UNIVERSITY,            )
                              )
     Defendant.               )
```

## JUDGMENT

Pursuant to the stipulation of dismissal (Doc. No. 70), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs, expenses, and fees.

It is further ORDERED that all outstanding motions are denied and all outstanding objections are overruled.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of July, 2012.

                               /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**